IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | NO.90-CR-30067-WDS |
| ) | |
| WILLIAM E. HAWKINS,  ) | |
| ) | |
| Defendant.  ) | |

## MEMORANDUM AND ORDER

**STIEHL, District Judge:**

Before the Court is the defendant's pro se motion for an order unsealing the presentence investigation report (Doc. 626). The defendant asserts that he needs this to allow him to seek to have the Probation Office amend some information in his PSR which is impacting his programming opportunities while within the custody of the Bureau of Prisons. The defendant references a letter he received from the Probation Office which indicates that in light of the fact that the report is sealed, the Probation office cannot make any changes to that report absent an Order by the Court.

The Court notes that Probation has access to the defendant's PSR, so the motion to unseal is unnecessary. If the defendant seeks to have this Court *change* the information in that report, he should, by a separate motion directed to the Court, specify exactly which information in the PSR he seeks to have changed and why that information is incorrect. After that, the Court will, if necessary, consider the motion and determine if a response from the Government is necessary.

Therefore, the motion to unseal (Doc. 626) is **DENIED.**

**IT IS SO ORDERED.**

**DATE:**   **22 November, 2010**

                                   **/s/  WILLIAM D. STIEHL**
                                     **DISTRICT JUDGE**